KAREN P. HEWITT
United States Attorney
MICHELLE M. PETTIT
Assistant United States Attorney
California State Bar No. 253406
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-7450

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED

JUN 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>JOEL CORTEZ-MENDOZA (3),<br><br>                          Defendant. | Magistrate Case No. 08MJ1692<br><br>**STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON**<br><br>**(Pre-Indictment Fast-Track Program)** |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Michelle M. Pettit, Assistant United States Attorney, and defendant JOEL CORTEZ-MENDOZA, by and through and with the advice and consent of David J. Zugman, counsel for defendant, that:

1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead guilty to the pre-indictment information charging defendant with a non-mandatory minimum count of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii) and (v)(II).

//

MIP:psd:5/30/08

JCM

1   2.  Defendant acknowledges receipt of a plea agreement in this case and agrees to

2 provide the signed, original plea agreement to the Government not later than five business days

3 before the disposition date set by the Court.

4   3.  Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5 before **June 30, 2008**.

6   4.  The material witnesses, Emmanuel Rojas-Roman, Jorge Hernandez-Sanchez, and

7 Sergio Salazar-Martinez, in this case:

8     a.  Are aliens with no lawful right to enter or remain in the United States;

9     b.  Entered or attempted to enter the United States illegally on or about

10 May 27, 2008;

11     c.  Were found in a vehicle driven by codefendant, Gerardo Guillen-Guiltron,

12 in El Cajon, California and that defendant knew or acted in reckless disregard of the fact that they

13 were aliens with no lawful right to enter or remain in the United States;

14     d.  Were paying and/or having others pay on their behalf $1,500-$1,800 to

15 defendant and/or others to be brought into the United States illegally and/or transported illegally to

16 their destination therein; and,

17     e.  May be released and remanded immediately to the Department of Homeland

18 Security for return to their country of origin.

19   5.  After the material witnesses are ordered released by the Court pursuant to this

20 stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

21 reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

22 including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

23     a.  The stipulated facts set forth in paragraph 4 above shall be admitted as

24 substantive evidence;

25 //

26 //

27 //

28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Joel Cortez-Mendoza (3)    2     08MJ1692

1    b.    The United States may elicit hearsay testimony from arresting agents

2 regarding any statements made by the material witness(es) provided in discovery, and such testimony

3 shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

4 of (an) unavailable witness(es); and,

5    c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

6 "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

7 and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

8 waives the right to confront and cross-examine the material witness(es) in this case.

9    6.    By signing this stipulation and joint motion, defendant certifies that defendant has

10 read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

11 further that defendant has discussed the terms of this stipulation and joint motion with defense

12 counsel and fully understands its meaning and effect.

13    Based on the foregoing, the parties jointly move the stipulation into evidence and for the

14 immediate release and remand of the above-named material witness(es) to the Department of

15 Homeland Security for return to their country of origin.

16    It is STIPULATED AND AGREED this date.

17    Respectfully submitted,

18    KAREN P. HEWITT
      United States Attorney

19

20 Dated: 6/12/08.

21    MICHELLE M. PETTIT
      Assistant United States Attorney

22

23 Dated: 6/9/08.

      DAVID J. ZUGMAN
      Defense Counsel for CORTEZ-MENDOZA

24

25 Dated: 6.9.09.    X Joel Cortez Mendoza
                       JOEL CORTEZ-MENDOZA
26                     Defendant

27

28 Stipulation of Fact and Joint Motion for Release of
   Material Witness(es) And Order Thereon in
   United States v. Joel Cortez-Mendoza (3)        3        08MJ1692

1

## O R D E R

2      Upon joint application and motion of the parties, and for good cause shown,

3      **THE STIPULATION** is admitted into evidence, and,

4      **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5  forthwith to the Department of Homeland Security for return to their country of origin.

6      **SO ORDERED.**

7

8      Dated: _____6/12/08_____.                    _____

9                                                      United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28      Stipulation of Fact and Joint Motion for Release of
        Material Witness(es) And Order Thereon in
        United States v. Joel Cortez-Mendoza (3)                    4                    08MJ1692