UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> Gerardo Guillen-Guiltron, et al <br> Defendant(s) | CRIMINAL NO. 08mj1692 <br> 08CR 1921-JM <br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 08661298 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jorge Hernandez-Sanchez

DATED: 6/12/08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk
L. HERNANDEZ